THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0091-JCC |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| EDGAR LUNA-GARCIA, | |
| Defendant. | |

This matter comes before the Court on the Government's motion for leave to dismiss all pending charges in the above-captioned matter as to Edgar Luna-Garcia. Finding good cause, the motion is GRANTED. It is hereby ORDERED that all pending counts in the above-captioned case are dismissed without prejudice. It is further ORDERED that all charges against this defendant in *United States v. Alan Gomez-Marentes, et al.*, Case No. CR20-0092-JCC, will remain pending.

DATED this 14th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
CR20-0091-JCC
PAGE - 1